IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>FORD-WILKINS, DAN T.<br><br>            Debtor. | CHAPTER 7<br><br>CASE NO. 05-76209 MB<br><br>Judge  MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES THOMAS J. LESTER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on 10/12/05. The Trustee was appointed on 10/12/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $41,425.87. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of February 27, 2009 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 123,084.65 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 102,464.60 |
| c. | NET CASH available for distribution | $ | 20,620.05 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
|   | 1.   Trustee compensation requested (See Exhibit E) | $ | 9,029.23 |

  2. Compensation requested by attorney or other
    professionals for trustee (See Exhibit F)  $  9,655.00

5. The Bar Date for filing unsecured claims expired on 01/25/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid secured claims  $  0.00

  b. Chapter 7 Administrative and
    28 U.S.C. §1930 claims  $  29,537.37

  c. Allowed Chapter 11 Administrative Claims  $  0.00

  d. Allowed priority claims  $  15,507.42

  e. Allowed unsecured claims  $  59,401.19

  f. Surplus return to debtor  $  0.00

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $6,998.68*. The total of Chapter 7 professional fees and expenses requested for final allowance is $6,998.68*. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

*Attorneys' fees and expenses actually total $10,025.97, but the estate is administratively insolvent and administrative expenses exceed the total estate funds. Administrative expenses will be paid pro rata and receive approximately 70% of the requested amounts.

9. A fee of $700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:    February 27, 2009

/s/ Thomas J. Lester
THOMAS J. LESTER, Trustee
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

70592142v1 871173 14941

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate value of Debtor's real estate and vacation home.

3. Prepare Trustee's Final Report to disburse funds to unsecured creditors and close case.

4. Prepare Annual reports.

5. Prepare Final Account and Form 4.

A detailed list of Trustee time is attached as Exhibit E-1.

**EXHIBIT A**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 05-76209 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | FORD-WILKINS, DAN T. | Filed (f) or Converted (c): | 10/12/05 (f) | |
| | | $341(a) Meeting Date: | 12/02/05 | |
| Period Ending: | 02/22/09 | Claims Bar Date: | 01/25/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Home: 1038 Harlem Blvd.<br>Secured claim: $78,379.86 plus homestead exemption. Drive by appraisal: $134,000.00. | 112,000.00 | 16,288.00 | | 123,000.00 | FA |
| 2 | Cash on hand<br>Exempt Asset | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Business account/Amcore<br>Exempt Asset | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business account/Rockford Bank<br>Exempt Asset | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal checking account<br>Exempt Asset | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal account/JP Morgan Chase<br>Exempt Asset | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | Joint checking account/JP Morgan<br>Exempt Asset | 1.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods<br>Exempt Asset | 700.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing<br>Exempt Asset | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Golf clubs<br>Exempt Asset | 25.00 | 0.00 | DA | 0.00 | FA |

EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-76209 MB
Case Name: FORD-WILKINS, DAN T.
Period Ending: 02/22/09

Trustee: THOMAS J. LESTER (330330)
Filed (f) or Converted (c): 10/12/05 (f)
§341(a) Meeting Date: 12/02/05
Claims Bar Date: 01/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Met Life Term Policy<br>Exempt Asset | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | Public Defender/IMRF Retirement<br>Exempt Asset | 5,331.87 | 0.00 | DA | 0.00 | FA |
| 13 | Roth IRA<br>Exempt Asset | 7,277.00 | 0.00 | DA | 0.00 | FA |
| 14 | 13.77 shares Chevron Texaco<br>Exemption: $244.00. Cost of recovery of remainder of asset exceeds recovery. | 700.00 | 0.00 | DA | 0.00 | FA |
| 15 | Trade Receivables<br>Exempt Asset | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | Utility Trailer<br>Cost of recovery exceeds asset value. | 600.00 | 0.00 | DA | 0.00 | FA |
| 17 | Jointly owned travel trailer<br>Cost of recovery exceeds asset value. | 10.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1998 Dodge Ram Van<br>$1,200 exemption and cost of recovery exceed value of asset. | 2,750.00 | 0.00 | DA | 0.00 | FA |
| 19 | Jointly owned 1991 Range Rover<br>Cost of recovery exceeds value of asset. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1982 Yamaha X5 650 Motorcycle | 500.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-76209 MB
Case Name: FORD-WILKINS, DAN T.

Period Ending: 02/22/09

Trustee: (330330) THOMAS J. LESTER
Filed (f) or Converted (c): 10/12/05 (f)
$341(a) Meeting Date: 12/02/05
Claims Bar Date: 01/25/08

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Cost of recovery exceeds value of asset. |  |  |  |  |  |
| 21 | Saab 900s/inoperable | 50.00 | 0.00 | DA | 0.00 | FA |
|  | Cost of recovery exceeds value of asset. |  |  |  |  |  |
| 22 | 1982 VW Rabbit Convertible | 50.00 | 0.00 | DA | 0.00 | FA |
|  | Cost of recovery exceeds value of asset. |  |  |  |  |  |
| 23 | 14 ft. boat w/65 hp motor | 200.00 | 0.00 | DA | 0.00 | FA |
|  | Cost of Recovery exceeds value of asset. |  |  |  |  |  |
| 24 | 4 outboard motors | 200.00 | 0.00 | DA | 0.00 | FA |
|  | Cost of recovery exceeds value of asset |  |  |  |  |  |
| 25 | Office Equipment | 1,500.00 | 0.00 | DA | 0.00 | FA |
|  | $750.00 exemption and cost of recovery exceed value of asset. |  |  |  |  |  |
| 26 | Proceeds from sale of vacation home | 19,000.00 | 19,000.00 |  |  |  |
|  | Divorce attorney claiming lien on remaining funds from sale. Cost to litigate exceed value of remaining funds |  |  |  |  |  |
| 27 | Interest (u) | Unknown | N/A |  | 84.85 | Unknown |
| 27 | Assets Totals (Excluding unknown values) | $153,425.87 | $37,288.00 |  | $123,084.85 | $0.00 |

Major Activities Affecting Case Closing:
The Trustee to prepare fee application as counsel to the Trustee and prepare and file Final Report.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-76209 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | FORD-WILKINS, DAN T. | Filed (f) or Converted (c): | 10/12/05 (f) | |
| | | $341(a) Meeting Date: | 12/02/05 | |
| Period Ending: | 02/22/09 | Claims Bar Date: | 01/25/08 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |

Initial Projected Date Of Final Report (TFR):  December 31, 2006     Current Projected Date Of Final Report (TFR):  June 15, 2008

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-76209 MB | | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|---|
| Case Name: | FORD-WILKINS, DAN T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7580229 | | Account: | ***_****48-65 - Money Market Account |
| Period Ending: | 02/22/09 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/19/07 | | Title Underwriters Agency | Sale of 1039 Harlem Blvd., Rockford, IL | | | | |
| | {1} | | Gross sales    123,000.00 | 1110-000 | 28,035.40 | | 28,035.40 |
| | | | Pay-off first mortgage    -81,880.57 | 4110-000 | | | 28,035.40 |
| | | | Realtor's commission    -7,380.00 | 3510-000 | | | 28,035.40 |
| | | | Post-petition real estate taxes    -3,324.64 | 2820-000 | | | 28,035.40 |
| | | | City of Rockford—Water bill lien    -849.16 | 4220-000 | | | 28,035.40 |
| | | | Rock River Reclamation—sanitary bill lien    -566.13 | 4220-000 | | | 28,035.40 |
| | | | Closing costs    -864.00 | 2500-000 | | | 28,035.40 |
| | | | Backflow inspection    -100.00 | 2500-000 | | | 28,035.40 |
| 10/31/07 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.49 | | 28,039.89 |
| 11/30/07 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.58 | | 28,054.47 |
| 12/31/07 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.28 | | 28,068.75 |
| 01/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.83 | | 28,081.58 |
| 02/29/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.76 | | 28,087.34 |
| 03/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.21 | | 28,092.55 |
| 04/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.91 | | 28,096.46 |
| 05/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.51 | | 28,099.97 |
| 06/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.57 | | 28,103.54 |
| 07/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.57 | | 28,107.11 |
| 08/29/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.34 | | 28,110.45 |
| 09/15/08 | 1001 | Trust Account of Joyce O'Neill | Homestead Exemption to Debtor | 8100-002 | | 7,500.00 | 20,610.45 |

Subtotals :    $28,110.45    $7,500.00

{} Asset reference(s)    Printed: 02/22/2009 01:40 PM    V.11.03

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-76209 MB |
| --- | --- |
| Case Name: | FORD-WILKINS, DAN T. |
| Taxpayer ID #: | 13-7580229 |
| Period Ending: | 02/22/09 |

| Trustee: | THOMAS J. LESTER (330330) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****48-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | Austin | | | | | |
| 09/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.44 | | 20,613.89 |
| 10/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.24 | | 20,616.13 |
| 11/28/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.62 | | 20,617.75 |
| 12/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.46 | | 20,619.21 |
| 01/30/09 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,620.05 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 28,120.05 | 7,500.00 | $20,620.05 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 28,120.05 | 7,500.00 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| NET Receipts / Disbursements | | $28,120.05 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-76209 MB | | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|---|
| Case Name: | FORD-WILKINS, DAN T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*48-66 - Checking Account |
| Taxpayer ID #: | 13-7580229 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/22/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

(No Transactions on File for this Period) $0.00

| | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT TOTALS | | | 0.00 | 0.00 | |
| Less: Bank Transfers | | | 0.00 | 0.00 | |
| Subtotal | | | $0.00 | $0.00 | |
| Less: Payments to Debtors | | | | 0.00 | |
| NET Receipts / Disbursements | | | $0.00 | $0.00 | |

|  | Net Receipts : | 28,120.05 |
|---|---|---|
|  | Plus Gross Adjustments : | 94,964.60 |
|  | Less Payments to Debtor : | 7,500.00 |
|  | Net Estate : | $115,584.65 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*48-65 | 28,120.05 | 0.00 | 20,620.05 |
| Checking # \*\*\*-\*\*\*\*48-66 | 0.00 | 0.00 | 0.00 |
| | $28,120.05 | $0.00 | $20,620.05 |

{} Asset reference(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> FORD-WILKINS, DAN T. <br><br> Debtor. | CHAPTER 7 <br><br> CASE NO. 05-76209 MB <br><br> Judge MANUEL BARBOSA |

### DISTRIBUTION REPORT

I, THOMAS J. LESTER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 20,620.05 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 20,620.05 |

**EXHIBIT D**

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $20,620.05 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | Terry Wilkins | 10,482.82 | 7,318.06 |
|  | THOMAS J. LESTER, Trustee compensation | 9,029.23 | 6,303.31 |
|  | HINSHAW & CULBERTSON, LLP Trustee Attorneys' fees | 9,655.00 | 6,740.16 |
|  | HINSHAW & CULBERTSON, LLP Trustee Attorneys' expenses | 370.32 | 258.52 |
|  | TOTAL | $ | 20,620.05 |

    b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

    c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

**EXHIBIT D**

70592142v1 871173 14941

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL                $ | 0.00 |

| 5. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL                $ | 0.00 |

| 6. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Claims for alimony, maintenance or support: | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL                $ | 0.00 |

| 7. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Taxes §724(b) - Tax Liens: | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL                $ | 0.00 |

| 8. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | | $15,507.42 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 2P | Illinois Department of Revenue | 6,842.90 | 0.00 |
| 3P | Department of the Treasury-Internal Revenue Service | 8,664.52 | 0.00 |
| | | TOTAL                $ | 0.00 |

**EXHIBIT D**

70592142v1 871173 14941

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

    d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $59,401.19, yielding a dividend of 0.00% as itemized below:

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $59,401.19 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Creditors Protection Service | 125.00 | 0.00 |
| 2U | Illinois Department of Revenue | 1,492.00 | 0.00 |
| 3U | Department of the Treasury-Internal Revenue Service | 32,179.14 | 0.00 |
| 5 | The Education Resources Institute | 21,141.65 | 0.00 |
| 6 | Allied Business Accounts, Inc. | 4,463.40 | 0.00 |
| | | TOTAL $ | 0.00 |

    e. $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

    f. $0.00 for fines and penalties

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

**EXHIBIT D**

70592142v1 871173 14941

g. $0.00 for interest

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated General Unsecured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

i. $0.00 to the Debtor

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

j. $0.00 for secured creditors

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Creditors | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order, withdrawn by the claimant, or otherwise barred from distribution:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 4P | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ 8,664.52 | Disallowed pursuant to Order entered 4/7/08 |
| Unsecured | 4U | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ 32,179.14 | Disallowed pursuant to Order entered 4/7/08 |

**EXHIBIT D**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE:   February 27, 2009        /s/ Thomas J. Lester
                                 THOMAS J. LESTER, Trustee

**EXHIBIT D**

## PROFESSIONAL FEES AND EXPENSES

## PROFESSIONAL FEES AND EXPENSES

| Professional | Previously allowed | Pending Compensation Applications | Total Fees & Expenses Requested |
|---|---|---|---|
| Trustee's Attorney | $0.00 | $6,740.16* | $6,998.68* |
| Trustee's Accountant | N/A | N/A | N/A |
| Debtor's Counsel | $700.00 | $0.00 | $700.00 |
| Debtor's Accountant | N/A | N/A | N/A |
| Any Other Professional | $0.00 | $0.00 | $0.00 |
| TOTALS | $700.00 | $6,740.16* | $7,698.68* |

*Attorneys' fees and expenses actually total $10,025.97, but the estate is administratively insolvent and the administrative expenses exceed the total estate funds. Administrative expenses will be paid pro rata and receive approximately 70% of the requested amounts.

**EXHIBIT G**

70592142v1 871173 14941