Case Name: FORD-WILKINS, DAN T.
Case No:    05-76209

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 3/5/09                     WILLIAM T. NEARY
                                   United States Trustee, Region 11


                            BY:   *Carole J. Ryczek*
                                     CAROLE J. RYCZEK
                                   Attorney for the U.S. Trustee