IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| FORD-WILKINS, DAN T. | |
| | CASE NO. 05-76209 MB |
| Debtor. | Judge MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   April 8, 2009
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER Trustee | $ 0.00 | $ 6,303.31 | |
| HINSHAW & CULBERTSON, LLP Trustee's Firm Legal | $ 0.00 | $ 6,740.16 | $ 258.52 |

4. The Trustee's Final Report shows total:

    a. Receipts                              $     123,084.65

    b. Disbursements                         $     102,464.60

    c. Net Cash Available for Distribution   $      20,620.05

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $25,990.24. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $59,401.19, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

70592142v1 871173 14941

7.  The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   February 27, 2009            /s/ Thomas J. Lester
                                     THOMAS J. LESTER, Trustee