Case 05-76209   Doc 44   Filed 03/09/09   Entered 03/12/09 00:08:28   Desc Imaged
            Certificate of Service    Page 1 of 3
Case 05-76209   Doc 40-1   Filed 03/06/09   Entered 03/06/09 08:22:38   Desc  Notice
                          of Hearing    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> FORD-WILKINS, DAN T. <br><br> Debtor. | CHAPTER 7 <br><br> CASE NO. 05-76209 MB <br><br> Judge MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL  61101

    on:   April 8, 2009
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER <br> Trustee | $ 0.00 | $ 6,303.31 | |
| HINSHAW & CULBERTSON, LLP <br> Trustee's Firm Legal | $ 0.00 | $ 6,740.16 | $ 258.52 |

4. The Trustee's Final Report shows total:

    a. Receipts                              $    123,084.65

    b. Disbursements                         $    102,464.60

    c. Net Cash Available for Distribution   $     20,620.05

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $25,990.24. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $59,401.19, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

70592142v1 871173 14941

Case 05-76209    Doc 44    Filed 03/09/09    Entered 03/12/09 00:08:28    Desc Imaged
Certificate of Service    Page 2 of 3
Case 05-76209    Doc 40-1    Filed 03/06/09    Entered 03/06/09 08:22:38    Desc  Notice
of Hearing    Page 2 of 2

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   February 27, 2009

/s/ Thomas J. Lester
THOMAS J. LESTER, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores               Page 1 of 1              Date Rcvd: Mar 09, 2009
Case: 05-76209                 Form ID: pdf002             Total Served: 32

The following entities were served by first class mail on Mar 11, 2009.
db         +Dan T. Ford-Wilkins,    1038 Harlem Blvd.,   Rockford, IL 61103-7129
10113784    AES Graduate Services,    P.O. Box 2251,   Harrisburg, PA 17105-2251
10113785   +AES Loan Servicing,    P.O. Box 2251,   Harrisburg, PA 17105-2251
10113788    AT&T,    P.O. Box 9001309,   Louisville, KY 40290-1309
10113786    Allied Business Accounts, Inc.,    300 1/2 S. Second Street,   P.O. Box 1600,
             Clinton, IA 52733-1600
10113787   +Allied Interstate,    Consumer Service Dept.,   P.O. Box 5023,   New York, NY 10163-5023
10113789    Bank One OH1-1210,    P.O. Box 711210,   Columbus, OH 43218
10113790    C.B. Accounts, Inc.,    Dept. 0092,   P.O. Box 25,   Arrowsmith, IL 61722-0025
10113791    Capital One Services,    P.O. Box 60000,   Seattle, WA 98190-6000
10113792    Chase,    Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
10113793    Chase OH1-1210,    P.O. Box 711210,   Columbus, OH 43218
10113796   +IL Department of Revenue,    200 S. Wyman,   Rockford, IL 61101-1237
11735672   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
             100 West Randolph Street Level 7-425,   Chicago, Illinois  60601)
10113797   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
10113798   +JP Morgan Chase,    401 E. State Street,   Rockford, IL 61104-1027
10113799   +Kasey L. Ford-Wilkins,    423 Second Street,   Stillman Valley, IL 61084-8992
10113800   +Keith School,    1 Jacoby Place,   Rockford, IL 61107-1896
10113801   +Northwest Bank,    3106 N. Rockton Avenue,   Rockford, IL 61103-2800
10113802   +Orthopedic Associates of NO IL,    1235 N. Mulford Road,   Suite 100,   Rockford, IL 61107-3879
10113803    Rockford Health Physicians,    Dept. CH 10862,   Palatine, IL 60055-0862
10113804    Rockford Health Systems,    P.O. Box 14125,   Rockford, IL 61105-4125
10113805    Rockford Radiology,    P.O. Box 5368,   Rockford, IL 61125-0368
10113806   +SBC,    Bill Payment Center,   Saginaw, MI 48663-0001
10113807   +Southwest Credit Systems, L.P.,    5910 W. Plano Parkway,   Suite 100,   Plano, TX 75093-2202
10113809   +TRT Management,    202 W. State St.,,   5th Floor, Suite 501,   Rockford, IL 61101-1138
10113808   +Terry K. Wilkins,    1109 Wales Drive,   Keller, TX 76248-5701
11789287   +The Education Resources Institute,    31 St James Ave,   Boston, MA 02116-4118
10113810    UIC Clinics UPS Clinic,    P.O. Box 4689,   Rockford, IL 61110-4689
10113811    Van Ru Credit Corporation,    P.O. Box 498,   Park Ridge, IL 60068-0498
10113812   +Visiting Nurses Association,    2215 N. Main Street,   Rockford, IL 61103-4041

The following entities were served by electronic transmission on Mar 10, 2009.
10113794    E-mail/Text: brandy.glashin@comed.com                            COMMONWEALTH EDISON,
             BILL PAYMENT CENTER,    Chicago, IL 60668-0002
10113795   +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
             Creditors Protection Service,    202 W. State Street #300,   P O Box 4115,
             Rockford, IL 61110-0615
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2009**                **Signature:** *Joseph Speetjens*