# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FORD-WILKINS, DAN T.

Case No. 05-76209
Chapter 7

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS J. LESTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $41,425.87 | Assets Exempt: $24,759.87 |
| Total Distribution to Claimants: $83,295.96 | Claims Discharged Without Payment: $152,216.89 |
| Total Expenses of Administration: $32,290.89 | |

3) Total gross receipts of $ 123,086.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $115,586.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $78,010.36 | $83,295.96 | $83,295.96 | $83,295.96 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 14,000.00 | 41,206.10 | 35,453.45 | 32,290.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 46,609.01 | 24,171.94 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 92,816.70 | 91,580.33 | 59,401.19 | 0.00 |
| TOTAL DISBURSEMENTS | $231,436.07 | $240,254.33 | $178,150.60 | $115,586.85 |

4) This case was originally filed under Chapter 7 on October 12, 2005.
. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2010           By: /s/THOMAS J. LESTER
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Home: 1038 Harlem Blvd. | 1110-000 | 123,000.00 |
| Interest Income | 1270-000 | 86.85 |
| **TOTAL GROSS RECEIPTS** | | **$123,086.85** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Trust Account of Joyce O'Neill Austin | Homestead Exemption to Debtor | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northwest Bank | 4110-000 | 78,010.36 | N/A | N/A | 0.00 |
| Title Underwriters Agency | 4110-000 | N/A | 81,880.67 | 81,880.67 | 81,880.67 |
| Title Underwriters Agency | 4220-000 | N/A | 849.16 | 849.16 | 849.16 |
| Title Underwriters Agency | 4220-000 | N/A | 566.13 | 566.13 | 566.13 |
| **TOTAL SECURED CLAIMS** | | **$78,010.36** | **$83,295.96** | **$83,295.96** | **$83,295.96** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS J. LESTER | 2100-000 | N/A | 9,029.32 | 6,303.31 | 6,303.31 |
| Terry Wilkins | 2990-000 | N/A | 10,482.82 | 10,482.82 | 7,320.26 |
| HINSHAW & CULBERTSON, LLP | 3110-000 | N/A | 9,655.00 | 6,740.16 | 6,740.16 |
| HINSHAW & CULBERTSON, LLP | 3120-000 | N/A | 370.32 | 258.52 | 258.52 |
| Title Underwriters Agency | 3510-000 | N/A | 7,380.00 | 7,380.00 | 7,380.00 |
| Title Underwriters Agency | 2820-000 | N/A | 3,324.64 | 3,324.64 | 3,324.64 |
| Title Underwriters Agency | 2500-000 | N/A | 864.00 | 864.00 | 864.00 |
| Title Underwriters Agency | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 41,206.10 | 35,453.45 | 32,290.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | 4,796.72 | 6,842.90 | 0.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 5800-000 | 41,812.29 | 8,664.52 | 0.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 5800-000 | N/A | 8,664.52 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 46,609.01 | 24,171.94 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditors Protection Service | 7100-000 | N/A | 125.00 | 125.00 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 1,492.00 | 1,492.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 7100-000 | N/A | 32,179.14 | 32,179.14 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 7100-000 | N/A | 32,179.14 | 0.00 | 0.00 |
| The Education Resources Institute | 7100-000 | N/A | 21,141.65 | 21,141.65 | 0.00 |
| Allied Business Accounts, Inc. | 7100-000 | 1.00 | 4,463.40 | 4,463.40 | 0.00 |
| Rockford Health Physicians | 7100-000 | 623.20 | N/A | N/A | 0.00 |
| Keith School | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| JP Morgan Chase | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Rockford Health Systems | 7100-000 | 691.40 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Kasey L. Ford-Wilkens | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Thomas J. Lester, Trustee | 7100-000 | 3,126.16 | N/A | N/A | 0.00 |
| Visiting Nurses Association | 7100-000 | 159.58 | N/A | N/A | 0.00 |
| Rockford Radiology | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| TRT Management | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| UIC Clinics UPS Clinic | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| Van Ru Credit Corporation | 7100-000 | 2,577.95 | N/A | N/A | 0.00 |
| Southwest Credit Systems, L.P. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| SBC | 7100-000 | 464.50 | N/A | N/A | 0.00 |
| Creditors Protection Service | 7100-000 | 582.87 | N/A | N/A | 0.00 |
| Bank One OH1-1210 | 7100-000 | 57.00 | N/A | N/A | 0.00 |
| Commonwealth Edison | 7100-000 | 227.54 | N/A | N/A | 0.00 |
| AES Graduate Services | 7100-000 | 21,166.40 | N/A | N/A | 0.00 |
| Allied Interstate | 7100-000 | 68.94 | N/A | N/A | 0.00 |
| AES Loan Servicing | 7100-000 | 56,257.51 | N/A | N/A | 0.00 |
| Capital One Services | 7100-000 | 2,073.93 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 1,688.18 | N/A | N/A | 0.00 |
| C.B. Accounts, Inc. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| Chase OH-1210 | 7100-000 | 329.11 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 303.43 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 92,816.70 | 91,580.33 | 59,401.19 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-76209  
Case Name: FORD-WILKINS, DAN T.  

Period Ending: 01/07/10

Trustee: (330330) THOMAS J. LESTER  
Filed (f) or Converted (c): 10/12/05 (f)  
§341(a) Meeting Date: 12/02/05  
Claims Bar Date: 01/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home; 1038 Harlem Blvd.<br>Secured claim: $78,379.66 plus homestead exemption. Drive by appraisal: $134,000.00. | 112,000.00 | 10,786.00 | | 123,000.00 | FA |
| 2 | Cash on hand<br>Exempt Asset | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Business account/Amcore<br>Exempt Asset | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business account/Rockford Bank<br>Exempt Asset | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal checking account<br>Exempt Asset | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal account/JP Morgan Chase<br>Exempt Asset | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | Joint checking account/JP Morgan<br>Exempt Asset | 1.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods<br>Exempt Asset | 700.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing<br>Exempt Asset | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Golf clubs<br>Exempt Asset | 25.00 | 0.00 | DA | 0.00 | FA |
| 11 | Met Life Term Policy<br>Exempt Asset | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | Public Defender/IMRF Retirement<br>Exempt Asset | 5,331.87 | 0.00 | DA | 0.00 | FA |
| 13 | Roth IRA<br>Exempt Asset | 7,277.00 | 0.00 | DA | 0.00 | FA |
| 14 | 13.77 shares Chevron Texaco<br>Exemption: $244.00. Cost of recovery of remainder of asset exceeds recovery. | 700.00 | 0.00 | DA | 0.00 | FA |
| 15 | Trade Receivables<br>Exempt Asset | 500.00 | 0.00 | DA | 0.00 | FA |

Printed: 01/07/2010 02:20 PM  V.11.53

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-76209  
Case Name: FORD-WILKINS, DAN T.  
Period Ending: 01/07/10

Trustee: (330330)   THOMAS J. LESTER  
Filed (f) or Converted (c): 10/12/05 (f)  
§341(a) Meeting Date: 12/02/05  
Claims Bar Date: 01/25/06

| 1 Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Utility Trailer — Cost of recovery exceeds asset value. | 600.00 | 0.00 | DA | 0.00 | FA |
| 17 | Jointly owned travel trailer — Cost of recovery exceeds asset value. | 10.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1996 Dodge Ram Van — $1,200 exemption and cost of recovery exceed value of asset. | 2,750.00 | 0.00 | DA | 0.00 | FA |
| 19 | Jointly owned 1991 Range Rover — Cost of recovery exceeds value of asset. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1982 Yamaha XS 650 Motorcycle — Cost of recovery exceeds value of asset. | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Saab 900s/inoperable — Cost of recovery exceeds value of asset. | 50.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1982 VW Rabbit Convertible — Cost of recovery exceeds value of asset. | 50.00 | 0.00 | DA | 0.00 | FA |
| 23 | 14 ft. boat w/65 hp motor — Cost of Recovery exceeds value of asset. | 200.00 | 0.00 | DA | 0.00 | FA |
| 24 | 4 outboard motors — Cost of recovery exceeds value of asset | 200.00 | 0.00 | DA | 0.00 | FA |
| 25 | Office Equipment — $750.00 exemption and cost of recovery exceed value of asset. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Proceeds from sale of vacation home — Divorce attorney claiming lien on remaining funds from sale. Cost to litigate exceed value of remaining funds | 19,000.00 | 19,000.00 | DA | 0.00 | FA |
| 27 | Interest (u) | Unknown | N/A | | 86.85 | FA |
| 27 | Assets   Totals (Excluding unknown values) | $153,425.87 | $20,788.00 | | $123,846.85 | $0.00 |

Major Activities Affecting Case Closing:

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-76209
Case Name: FORD-WILKINS, DAN T.

Period Ending: 01/07/10

Trustee: (330330) THOMAS J. LESTER
Filed (f) or Converted (c): 10/12/05 (f)
§341(a) Meeting Date: 12/02/05
Claims Bar Date: 01/25/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): December 31, 2006    Current Projected Date Of Final Report (TFR): February 24, 2009 (Actual)

Printed: 01/07/2010 02:20 PM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 05-76209
Case Name: FORD-WILKINS, DAN T.

Taxpayer ID #: 13-7580229
Period Ending: 01/07/10

Trustee: THOMAS J. LESTER (330330)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-****48-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/19/07 | | Title Underwriters Agency | Sale of 1039 Harlem Blvd., Rockford, IL | | | 28,035.40 | | 28,035.40 |
| | {1} | | Gross sales | 123,000.00 | 1110-000 | | | 28,035.40 |
| | | | Pay-off first mortgage | -91,860.67 | 4110-000 | | | 28,035.40 |
| | | | Realtor's commission | -7,380.00 | 3510-000 | | | 28,035.40 |
| | | | Post-petition real estate taxes | -3,324.64 | 2820-000 | | | 28,035.40 |
| | | | City of Rockford–Water bill lien | -849.16 | 4220-000 | | | 28,035.40 |
| | | | Rock River Reclamation–sanitary bill lien | -566.13 | 4220-000 | | | 28,035.40 |
| | | | Closing costs | -864.00 | 2500-000 | | | 28,035.40 |
| | | | Backflow inspection | -100.00 | 2500-000 | | | 28,035.40 |
| 10/31/07 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8500% | | 1270-000 | 4.49 | | 28,039.89 |
| 11/30/07 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 14.58 | | 28,054.47 |
| 12/31/07 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 14.28 | | 28,068.75 |
| 01/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 12.83 | | 28,081.58 |
| 02/29/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 5.76 | | 28,087.34 |
| 03/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 5.21 | | 28,092.55 |
| 04/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 3.91 | | 28,096.46 |
| 05/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.51 | | 28,099.97 |
| 06/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.57 | | 28,103.54 |
| 07/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.57 | | 28,107.11 |
| 08/29/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.34 | | 28,110.45 |
| 09/15/08 | 1001 | Trust Account of Joyce O'Neill Austin | Homestead Exemption to Debtor | | 8100-002 | | 7,500.00 | 20,610.45 |
| 09/30/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.44 | | 20,613.89 |
| 10/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 2.24 | | 20,616.13 |
| 11/28/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 1.62 | | 20,617.75 |
| 12/31/08 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.46 | | 20,619.21 |
| 01/30/09 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.84 | | 20,620.05 |
| 02/27/09 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.78 | | 20,620.83 |
| 03/31/09 | {27} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.89 | | 20,621.72 |
| 04/20/09 | {27} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.53 | | 20,622.25 |
| 04/20/09 | | To Account #*******4866 | Transfer funds from Money Market Account to Checking Account to Close Case | | 9999-000 | | 20,622.25 | 0.00 |

Subtotals: $28,122.25  $28,122.25

{} Asset reference(s)

Printed: 01/07/2010 02:20 PM  V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 05-76209
Case Name: FORD-WILKINS, DAN T.

Taxpayer ID #: 13-7580229
Period Ending: 01/07/10

Trustee: THOMAS J. LESTER (330330)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****48-66 - Checking Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/09 | | From Account #*******4865 | Transfer funds from Money Market Account to Checking Account to Close Case | 9999-000 | 20,622.25 | | 20,622.25 |
| 04/20/09 | 101 | Terry Wilkins | Administrative Expenses Voided on 04/20/09 | 2990-000 | | 7,318.63 | 13,303.62 |
| 04/20/09 | 101 | Terry Wilkins | Administrative Expenses Voided: check issued on 04/20/09 | 2990-000 | | -7,318.63 | 20,622.25 |
| 04/20/09 | 102 | THOMAS J. LESTER | Trustee Compensation Voided on 04/20/09 | 2100-000 | | 6,303.86 | 14,318.39 |
| 04/20/09 | 102 | THOMAS J. LESTER | Trustee Compensation Voided: check issued on 04/20/09 | 2100-000 | | -6,303.86 | 20,622.25 |
| 04/20/09 | 103 | HINSHAW & CULBERTSON, LLP | Attorney for Trustee Fees Voided on 04/20/09 | 3110-000 | | 6,740.69 | 13,881.56 |
| 04/20/09 | 103 | HINSHAW & CULBERTSON, LLP | Attorney for Trustee Fees Voided: check issued on 04/20/09 | 3110-000 | | -6,740.69 | 20,622.25 |
| 05/01/09 | 104 | HINSHAW & CULBERTSON, LLP | Attorney for Trustee Expenses | 3120-000 | | 258.52 | 20,363.73 |
| 05/01/09 | 105 | HINSHAW & CULBERTSON, LLP | Attorney for Trustee Fees | 3110-000 | | 6,740.16 | 13,623.57 |
| 05/01/09 | 106 | THOMAS J. LESTER | Trustee Compensation | 2100-000 | | 6,303.31 | 7,320.26 |
| 05/01/09 | 107 | Terry Wilkins | Administrative Expenses Pursuant to Order of 4/4/07 | 2990-000 | | 7,320.26 | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 20,622.25 | 20,622.25 |
| Less: Bank Transfers | 20,622.25 | 0.00 |
| Subtotal | 0.00 | 20,622.25 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $20,622.25 |

| | |
|---|---:|
| Net Receipts : | 28,122.25 |
| Plus Gross Adjustments : | 94,964.60 |
| Less Payments to Debtor : | 7,500.00 |
| Net Estate : | $115,586.85 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****48-65 | 28,122.25 | 0.00 | 0.00 |
| Checking # ***-*****48-66 | 0.00 | 20,622.25 | 0.00 |
| | $28,122.25 | $20,622.25 | $0.00 |

{} Asset reference(s)

Printed: 01/07/2010 02:20 PM V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 05-76209
Case Name: FORD-WILKINS, DAN T.

Taxpayer ID #: 13-7580229
Period Ending: 01/07/10

Trustee: THOMAS J. LESTER (330330)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****48-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 28,122.25 | 28,122.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,622.25 | |
| | | | Subtotal | | 28,122.25 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $28,122.25 | $0.00 | |

{} Asset reference(s)

Printed: 01/07/2010 02:20 PM   V.11.53